153 So.2d 883

## WASHINGTON PARISH POLICE JURY et al.

v.

## WASHINGTON PARISH HOSPITAL SERVICE, DISTRICT NO. I, et al.

No. 46797.

June 14, 1963.

In re: Washington Parish Police Jury of Louisiana et al. applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of Washington. 152 So.2d 362.

Writ refused. The result is correct.

HAWTHORNE, J., is of the view the writ should be granted.

153 So.2d 883

### Hules (Hulis) RUDISON

v.

## MICHIGAN MILLERS MUTUAL INSURANCE COMPANY and the Liverpool & London & Globe Insurance Company Limited.

No. 46800.

June 14, 1963.

In re: Hules (Hulis) Rudison applying for certiorari, or writ of review to the

Court of Appeal, First Circuit, Parish of Tangipahoa. 152 So.2d 407.

Writ refused. While it appears that the Court of Appeal made an incorrect statement of the law with respect to burden of proof shifting to plaintiff, it further appears that on the facts found by said Court the result is correct.

SANDERS, J., concurs in the view of the majority that the statement of law to the effect that the burden of proof shifts by virtue of a presumption that the plaintiff was the arsonist is erroneous, but is of the further opinion that the erroneous assertion is so interwoven in the rationale of the decision that a writ should be granted to reexamine the correctness of the result.